# EXHIBIT B

LIQUIDATING TRUSTEE'S FINAL REPORT

| Liquidating Trust Administrators Name | Fees and Costs Applied For as of 05/10/18 Includes final fees, costs and closing costs from Legal Counsel, CPA and Trustee. See notes below. | Total Fees and Costs Approved and Paid as of 05/09/18 | Total Reserves Withheld | Reserves Plus Closing Fees and Costs Due to Administration |
|---|---|---|---|---|
| MMBL&M Legal Counsel Fees | $ 243,021.05 | $ 194,417.75 | $ 48,637.69 | $ 48,637.69 |
| MMBL&M Final Fees Application | $ 24,479.00 | | | $ 24,479.00 |
| MMBL&M Final Costs Application | $ 4,065.75 | | | $ 4,065.75 |
| MMBL&M Reserves Discount at 10% | | | $ (4,863.69) | $ (4,863.69) |
| MMBL&M Total Fees | $ 271,565.80 | | | $ 72,318.75 |
| MMBL&M Final Closing Costs | $ 2,700.00 | | | $ 2,700.00 |
| MMBL&M Total Closing Costs | $ 2,700.00 | | | |
| Total Fees and Costs MMBL&M | $ 274,265.80 | $ 194,417.75 | | $ 75,018.75 |
| Lavine Lofgren CPA Fees | $ 84,317.00 | $ 84,317.00 | | |
| Lavine Lofgren CPA Costs | $ 293.00 | $ 293.00 | | |
| Lavine Lofgren Closing fees and Costs | $ 2,000.00 | | | $ 2,000.00 |
| Total Fees and Costs Lavine & Lofgren | $ 86,610.00 | $ 84,610.00 | | $ 2,000.00 |
| Liquidating Trustee Fees | $ 109,445.00 | $ 87,556.00 | $ 21,889.00 | $ 21,889.00 |
| Liquidating Trustee Costs | $ 1,201.47 | $ 1,201.47 | | |
| Total Liquidating Trustee Fees and Costs | $ 110,646.47 | | | |
| Liquidating Trustee Final Fees to 04/27/18 Application | $ 7,515.00 | | | $ 7,515.00 |
| Liquidating Trustee Final Closing Fees and Costs Application | $ 2,200.00 | | | $ 2,200.00 |
| Total Liquidating Trustee Closing Fees and costs | $ 9,715.00 | | | $ 9,715.00 |
| Liquidating Trustee Reserves Discount at 10% | | | $ (2,188.90) | $ (2,188.90) |
| Total Fees and Costs Liquidating Trustee | $ 120,361.47 | $ 88,757.47 | | $ 29,415.10 |
| Total Administration Fees and Costs | $ 481,237.27 | $ 367,785.22 | | $ 106,433.85 |
| Current cash on hand 05/09/18 | $ 117,549.08 | | | |
| Less Reserves Owed and Final Closing Costs | $ (106,433.85) | | | |
| Available for distributions | $ 11,115.23 | | | |