1  Everett G. Barry, Jr. (SBN 053119)
   ebarry@mulvaneybarry.com
2  John H. Stephens (SBN 82971)
   jstephens@mulvaneybarry.com
3  Kelly Ann Tran (SBN 254476)
4  ktran@mulvaneybarry.com
   MULVANEY BARRY BEATTY LINN & MAYERS LLP
5  401 West A Street, 17th Floor
   San Diego, CA 92101-7994
6  Telephone: 619-238-1010
7  Facsimile: 619-238-1981

8  Proposed Attorneys for Richard M Kipperman,
   Liquidating Trustee
9

10

11

12                UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14
   SECURITIES AND EXCHANGE         CASE NO. 11-cv-08607-R-DTB
15 COMMISSION,
                                    **CERTIFICATE OF SERVICE**
16           Plaintiff,
                                    Judge:   Hon. Manuel L. Real
17 v.

18 CHARLES P. COPELAND,
   COPELAND WEALTH
19 MANAGEMENT, A FINANCIAL
20 ADVISORY CORPORATION,
   AND COPELAND WEALTH
21 MANAGEMENT, A REAL
   ESTATE CORPORATION,
22
             Defendants.
23

24

25     I, Joanna Birney, declare that I am over the age of 18 years and not a
26 party to the action. I am employed in the County of San Diego, California,
27 within which county the subject service occurred. My business address is
28 401 West A Street, 17th Floor, San Diego, California, 92101-7994.

On May 17, 2018, I served the following documents:

- **LIQUIDATING TRUSTEE'S FINAL REPORT AND FINAL ACCOUNTING RE ADMINISTRATION OF THE COPELAND LIQUIDATING TRUSTEE**

\_\_\_X\_\_\_   **BY MAIL.** I placed each envelope for collection and mailing following ordinary business practices. I am readily familiar with Mulvaney Barry Beatty Linn & Mayers LLP's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business by placing a true copy of the foregoing document in a separate, sealed envelope with postage fully prepaid, for each addressee named hereafter.

### [SEE SERVICE LIST BELOW]

\_\_\_X\_\_\_   **BY ELECTRONIC NOTICE VIA THE ECF SYSTEM.** I electronically filed the documents listed above with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. All Parties are registered ECF users.

David R. Zaro, Esq. **(served by CM/ECF only)**
Michael R. Farrell, Esq. **(served by CM/ECF only)**
Ted Fates, Esq. **(served by CM/ECF only)**
Allen Matkins Leck Gamble Mallory & Natsis LLP
501 West Broadway, 15th Floor
San Diego, CA 92101-3541
Email: dzaro@allenmatkins.com
Email: mfarrell@allenmatkins.com
Email: tfates@allenmatkins.com
***Former Attorneys for Receiver Thomas C. Hebrank***

Michael S Leib, Esq. **(served by CM/ECF only)**
28400 Northwestern Highway, 3rd Floor
Southfield, MI 48034
Email: mleib@maddinhauser.com
***Attorney for Movant Flagstar Bank FSB***

Francis Emmet Quinlan, Jr., Esq. **(served by CM/ECF only)**
Newmeyer & Dillion LLP

| | |
|---|---|
| 1 | 895 Dove Street, Fifth Floor |
| | Newport Beach, CA 92660 |
| 2 | Email: Frank.Quinlan@ndlf.com |
| 3 | ***Attorney for Objectors Copeland Properties 16 LP, Copeland Properties 2/17 LP,*** |
| | ***Copeland Properties Five, Copeland Properties Seven*** |
| 4 | |
| 5 | Peter Alan Davidson, Esq. **(served by CM/ECF only)** |
| | Ervin Cohen & Jessup LLP |
| 6 | 9401 Wilshire Boulevard, 9th Floor |
| 7 | Beverly Hills, CA 90212 |
| | Email: pdavidson@ecjlaw.com |
| 8 | ***Attorney for Movant Flagstar Bank FSB*** |
| 9 | |
| | William P Tooke, Esq. **(served by CM/ECF only)** |
| 10 | Mirau, Edwards, Cannon, Lewin & Tooke |
| 11 | 1806 Orange Tree Lane, Suite C |
| | P.O. Box 9058 |
| 12 | Redlands, CA 92375 |
| 13 | Email: wtooke@mechlaw.com |
| | ***Attorney for Objectors Elayne Allen, Glenn Goodwin, James Powell, Klaus*** |
| 14 | ***Kuchn, Lynda Kuehn, Myron Cinque, Richard Paul Blanford, Rick Higdon,*** |
| 15 | ***Robert Allen, Ruby Cinque, Vellore Muraligopal*** |
| 16 | Marcus O. Colabianci, Esq. **(served by CM/ECF only)** |
| 17 | Meagen Eileen Leary, Esq. **(served by CM/ECF only)** |
| | Philip K. Wang, Esq. **(served by CM/ECF only)** |
| 18 | Duane Morris LLP |
| 19 | One Market Plaza |
| | Spear Street Tower Suite 2200 |
| 20 | San Francisco, CA 94105 |
| 21 | Email: mcolabianchi@duanemorris.com |
| 22 | Email: meleary@duanemorris.com |
| | Email: pwang@duanemorris.com |
| 23 | ***Attorneys for Creditor SBMS 2000 C3 Landmark Center LLC*** |
| 24 | Douglas D. Guy, Esq. **(served by CM/ECF only)** |
| | Lisa Torres, Esq. **(served by CM/ECF only)** |
| 25 | Gates O'Doherty Gonter and Guy LLP |
| 26 | 15373 Innovation Drive, Suite 170 |
| | San Diego, CA 92128 |
| 27 | Email: dguy@gogglaw.com |
| 28 | Email: ltorres@gogglaw.com |
| | ***Attorneys for Interested Party Joanne Kohut*** |

MULVANEY BARRY BEATTY LINN & MAYERS
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

1  David R. Moore, Esq. **(served by CM/ECF only)**
2  Moore and Skiljan
3  7700 El Camino Real, Suite 207
   Carlsbad, CA 92009
4  Phone: (760) 944-7700
5  FAX: (760) 944-8494
   Email: davidr@mooreskiljan.com
6  *Attorney for Creditors Lynch Byass Trust and Lynch Lifetime Trust*

7
8  Michael B. Garfinkel, Esq. **(served by CM/ECF only)**
   Jeffrey S. Goodfried, Esq. **(served by CM/ECF only)**
9  Perkins Coie LLP
   1888 Century Park East, Suite 1700
10 Los Angeles, CA 90067
11 Email: mgarfinkel@perkinscoie.com
   Email: jggodfried@perkinscoie.com
12 *Attorneys for Creditor U.S. Bank National Association*

13     __X__   **FEDERAL.** I hereby certify that I am employed in the office of a
14 member of the Bar of the United States District Court for the Central District
15 of California, Western Division, at whose direction this service was made

16     Executed on May 17, 2018, at San Diego, California.

17
18                                         _____
                                            Joanna Birney
19

---

4

CERTIFICATE OF SERVICE                                    CASE NO. 11-CV-08607-R-DTB

| | | |
|---|---|---|
| ACE Restoration & Waterproofing, Inc.<br>620 E. Walnut Ave<br>Fullerton, CA 92831 | Fred & Joyce Dimmitt 321<br>Myrtlewood Dr.<br>Calimesa, CA 92320 | Pamela Wachter Mcafee<br>Nelson Mullins Riley & Scarborough<br>Glenlake One, Ste. 200<br>4140 Parklake Avenue<br>Raleigh, NC 27612 |
| Adele M. Hansen<br>6609 Summertrail Plc<br>Highland, CA 92346 | Geoffrey A. Gardiner 11535<br>Acacia Street<br>Loma Linda, CA 92354 | Paracorp DBA Paracec<br>Po Box 160568<br>Sacramento, CA 95816-0568 |
| Fred & Elaine Hollaus<br>1096 Deer Clover Way<br>Castle Pines, CO 80108-08271 | George L. Fletcher<br>Janet G. Fletcher<br>1910 Country Club, Ln.<br>Redlands, CA 92373 | Patrice A. Milkovich<br>3605 Bonita Verde Dr.<br>Bonita, CA 91902 |
| Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0601 | George L. Fletcher/Janet G. Fletcher Trustee<br>of the Fletcher Trust<br>1910 Country Club Ln.<br>Redlands, CA 92373 | Paul Family Trust<br>PO Box 7357<br>Redlands, CA 92375 |
| Alfonso L. Poire, Esq.<br>Gaw, Van Male<br>1411 Oliver Rd., Ste. 300<br>Fairfield, CA 94534 | Gordon & Myra Peterson<br>118 Edgemont Dr.<br>Redlands, CA 92373 | Peggy Hatfield Neumann<br>36535 Rincon Rd.<br>Wickenburg, AZ 85390 |
| American West Properties, Inc.<br>PO Box 1299<br>Lake Forest, CA 92609 | Gregory Glenn<br>Glenn Conservatorship<br>PO Box 4037<br>Monterey, CA 93942 | Perez Family Survivors Trust<br>13219 PIPELINE AVE<br>CHINO CA 91710 |
| Andrew J. Haley, Esq/<br>Greenwald Paul Foster & Miller P.C.<br>1299 Ocean Ave, Ste., 400<br>Santa Monica, CA 90401-1007 | Gregory J. Sherwin, Esq.<br>Fields Fehn & Sherwin<br>11755 Wilshire Blvd., #1500<br>Los Angeles, CA 90025-1521 | Peterson Revocable Living Trust<br>25393 Cole Street #208<br>Loma Linda, CA 92354 |
| B.B.D. Cleaning Service & Solutions<br>1808 Costigan Dr.<br>Lexington, KY 40511-1309 | Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Philip Wang<br>Duane Morris, LLP<br>One Market Plaza Spear Tower,<br>Ste. 2200 San Francisco, CA<br>94105-14127 |
| Barbara Whan<br>5944 Spoon Rd.<br>Palm Springs, CA 92264-6351 | Leonard F. Neaumann<br>36535 S. Rincon Rd.<br>Wickenburg, AZ 85390 | Pinker Family Trust<br>279 Green Mountain<br>Palm Desert, CA 92211 |
| Barbara Z/. Stahr<br>667 Gull Dr.<br>Bodega Bay, CA 94923 | Higgs Benjamin<br>101 W. Friendly Ave, Ste. 500<br>Greensboro, NC 27401 | Anh T. Nong & Nhon Nguyen TTEE PEN<br>8 Cape Frio<br>Newport Coast, CA 92657 |
| Ben PerezJPhilip Perez And Michael Perez<br>13245 Victoria Street<br>Rancho Cucamonga, CA 91739 | Ohio Treasurer of State<br>PO Box 181140<br>Columbus, OH 43218-1140 | Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 |
| Home Savings & Loan Attn: Danny White<br>275 W Federal Street<br>Youngstown, OH 44503 | Riverside Public Utilities<br>3900 Main Street<br>Riverside, CA 92522-0144 | Benton-Cole Properties, Inc.<br>11761 Almond Ct.<br>Loma Linda, CA 92354 |
| Home Savings & Loan Company<br>Commercial Loan Dpt.<br>PO Box 1111<br>Youngstown, OH 44501 | Robert & Enid McColloch<br>5520 Apple Orchard Ln.<br>Riverside, CA 92506 | Rollie A. Peterson, Esq.<br>Perterson & Kell<br>2377 Gold Medal Way, Ste 280<br>Gold River, CA 95670 |
| Hu Tongs, Inc.<br>16127 Kasota Rd., Ste. 105<br>Apple Valley, CA 92307 | Robert & Gladys Mitchell<br>11761 Almond Ct.<br>Loma Linda, CA 92354 | Betty Markwardt<br>1220 W 4th Street<br>Anaconda, MT 59711 |
| Innovative Electric & Consulting, Inc.<br>18355 Hibiscus Ave.<br>Riverside, CA 92508 | Robert Casady<br>14047 Pamlico Rd.<br>Apple Valley, CA 92307 | Bilzin Sumberg Baena Price Axelrod<br>1450 Brickell Ave., Ste. 2300<br>Miami, FL 33131-3456 |
| Isaac Commercial Properties<br>7711 Corporate Dr., Ste. 300<br>Lexington, Ky 40555-5066 | Robert R. & Elayne Allen Route<br>2 Box 284<br>Ellington, MO 63638 | Bonnie Kilmer<br>360 Panama Ave.<br>Long Beach, CA 90814 |
| J. Jay Theresa Whan<br>30660 Susan Dr.<br>Cathedral City, CA 92234 | One West Bank<br>888 E. Walnut Street<br>Pasadena, CA 91101 | Flagstar Bank<br>Mail-Stop W-205-2 5151 Corporate Dr.<br>Troy, MI 48098 |

| | | |
|---|---|---|
| Jacobson Trust<br>384 Mesa Verde Park<br>Beaumont, CA 92223 | North Carolina Department of Revenue PO Box 25000<br>Raleigh, NC 27640-0645 | Brian and Sheri Branson<br>2161 Sunset Court<br>Colton, CA 92324-9541 |
| James P. Gerrard<br>526 Mariposa<br>Redlands, CA 92373 | Samuel D. Gregory<br>4432 Strong St.<br>Riverside, CA 92501 | Carol Docis<br>Brokerage A/C<br>18028 W Kenwood Ave<br>Devore, CA 92407 |
| James Powell<br>PO Box 294<br>Joshua Tree, CA 92252 | Sandra and Perry Hayes<br>11943 Southwind Way<br>Yucaipa, CA 92399 | Carol P. Lowe<br>19220 Village 19<br>Camarillo, CA 93012 |
| James R. Forbes, Esq.<br>Gaw, Van Male, APC<br>1411 Oliver Rd., Ste. 300<br>Fairfield, CA 94534 | Simplexgrinnell<br>Dept. CH 10320<br>Palatine, IL 60055-0320 | Cathy Burgess Interiors<br>155 E. Main St. Ste. 102<br>Lexington, KY 40507 |
| James R. Watson MD, Inc.<br>Profit Sharing Plan<br>259 Terracina Blvd<br>Redlands, CA 92373 | Smith Revocable Trust Lenna Smith<br>38367 Cherrywood Dr.<br>Murrieta, CA 92562 | Champion Roof Company<br>2233 Martin St., Ste. 202<br>Irvine, CA 92612 |
| Jean Seyda<br>700 E. Redlands Blvd., U#205<br>Redlands, CA 92373 | Spillman Thomas & Battle<br>300 Kanawha Blvd., E<br>PO Box 273<br>Charleston, WV 25321-00273 | Charles & Mildred Grey<br>34024 Lake Breeze Dr.<br>Yucaipa, CA 92399 |
| Jennifer Smith<br>38367 Cherrywood Dr.<br>Murrieta, CA 92562 | Spilman Thomas & Battle, PLLC<br>110 Oakwood Dr., Ste. 500<br>Winston-Salem, NC 27103 | Charles Grey<br>63 Turnbury Ln.<br>Irvine, CA 92620-0244 |
| Jessie Coleen Birch Revocable Trust<br>1948 Cave St.<br>Redlands, CA 92374 | Stahr Living Trust<br>667 Gull Dr.<br>Bodega Bay, CA 94923 | Charles Schwab<br>FBO Kirk Howard Roth IRA<br>1648 Woodlands Rd.<br>Beaumont, CA 92223 |
| JG Service Company<br>15632 El Prado Rd.<br>Chino, CA 91710 | State of Michigan<br>C/O Michigan Dept. Of Treasury<br>Dept. 77003<br>Detroit, MI 48277-0003 | Charels Schwab<br>FBO Leonard F. Neumann IRA<br>36535 Rincon Rd.<br>Wickenberg, AZ 85390 |
| Jill A. Meader Revocable Trust<br>27250 Nicolas Rd., Apt. A23 I<br>Temecula, CA 92591 | Steele Family Trust<br>26858 Calle Real<br>Capistrano Beach, CA 92624 | Charles Schwab<br>FBO Angela Ellingson IRA<br>1155 Dysart Dr.<br>Banning, CA 92220 |
| Joe Pinkner<br>279 Green Mountain<br>Palm Desert, CA 9221 1 | Stewart R. Wright<br>111 Sierra Vista Dr.<br>Redlands, CA 92373 | Harold Racine<br>C/O Jeffrey and Judy Racine<br>1408 South Center Street<br>Redland, CA 92373 |
| John Coombe<br>5 First American Way 41th Floor<br>Santa Ana, CA 92707 | Joy Atiga<br>12925 Hilary Way<br>Redlands, CA 92373 | Suzane L. Bricker<br>1444 11th St.<br>Upland, CA 91786 |
| John J. Kohut<br>6946 Orozco Dr.<br>Riverside, CA 92373 | JRT Revocable Trust<br>Jon Taylor Trustee<br>PO Box 681<br>Calimesa, CA 92320 | Bruce Taber<br>P.O. Box 5650<br>El Dorado Hills, CA 95762 |
| Jon J. Whan<br>30660 Susan Dr.<br>Cathedral City, CA 92234 | Judy Baca<br>1001 W. Balboa Blvd.<br>Newport Beach, CA 92661 | TD Ameritrade<br>FBO Dallas Stahr IRA<br>667 Gull Dr<br>Bodega Bay, CA 94923 |
| Ohio Department of Taxation<br>PO Box 182101<br>Columbus, OH 43218-2101 | Carl Schamehom<br>1005 Hamlin PLC<br>Redlands, CA 92373 | TD Ameritrade<br>FBO Betty Markwardt IRA<br>1220 W. 4th St.<br>Anaconda, MT 59711 |
| Charles Schwab<br>FBO Karl Phillips Roth IRA<br>27878 Via Sarasate<br>Mission Viejo, CA 92692 | Kasota Group<br>279 Green Mountain<br>Palm Desert, CA 9221 | TD Ameritrade<br>FBO Joseph Dotan IRA<br>78608 Rainswept Way<br>Palm Desert, CA 92211 |
| EMC Insurance Companies<br>PO Box 219225<br>Kansas City, MO 64121-9225 | Kathi Seegraves<br>20521 Whitestone Circle<br>Bend OR, 97702 | TD Ameritrade<br>FBO Stephen Weiss IRA Rollover<br>109 Midland Rd.<br>Charlestown, RI 02813 |
| Charles Schawb<br>FBO Melvyn Roth IRA<br>5041 Lido Sands Dr.<br>Newport Beach, CA 92663 | Kathleen R. Wright<br>3605 Bonita Verde Dr.<br>Bonita, CA 91902 | TD Ameritrade<br>FBO John Kohut IRA<br>6946 Orozco Dr.<br>Riverside, CA 92506 |

| | | |
|---|---|---|
| Charles Schwab<br>FBO Irene Sniecinski IRA<br>PO Box 16180<br>Big Sky, MT 59716-1680 | Katie Hernandez<br>PO Box 8874<br>Redlands, CA 92375 | TD Ameritrade<br>FBO Steven IRA<br>14424 Greenpoint Ln.<br>Huntersville, NC 28078 |
| Charles Schwab<br>FBO Albert IRA<br>232 Anita Ct.<br>Redlands, CA 92373 | Keystone Mortgage Corporation<br>Attn: Loan Servicing Dept<br>360 N. Sepulveda Blvd.,<br>El Segundo, CA 92045 | TD Ameritrade<br>FBO Horace Dillow IRA<br>1343 Crestview Rd.<br>Redlands, CA 92374 |
| Charles Schwab<br>FBO Melvyn Ross Roth IRA<br>540 I Lido Sands Dr.<br>Newport Beach, CA 92663 | Khari Baker<br>27878 Vie Sarasate<br>Mission Viejo, CA 92692 | TD Ameritrade<br>FBO Ehud Dotan IRA<br>20 Fairlee Tarrace<br>Waban, WA 02468 |
| Charles Schwab<br>FBO Kirk Howard IRA<br>1648 Woodlands Rd.<br>Beaumont, CA 92223 | Klaus & Linda Kuehn<br>13138 Oak Crest Dr.<br>Yucaipa, CA 92399 | TD Ameritrade<br>FBO Jill Meader IRA<br>27250 Nicolas Rd., Apt A231<br>Temecula, CA 92591 |
| Charles Schwab<br>FBO Robert Howard IRA<br>Attn: Barbara Howard<br>502 Avenida La Costa<br>San Clemente, CA 92672 | Klause K.S. Kuehn<br>13138 Oak Crest Dr.<br>Yucaipa, CA 92399 | The Bork Family Trust<br>24968 Lawton Ave.<br>Loma Linda, CA 92357 |
| Chris Condon<br>C/O Maria J. Perez<br>1032 Ardmore Circle<br>Redlands, CA 92374 | Leslie G. Laybourne<br>11050 Bryant St. Space 276<br>Yucaipa, CA 92399 | Dotan Family Trust<br>78608 Rainswept Way<br>Palm Desert, CA 92211 |
| Christi C. Higdon<br>11331 Sundance Ln.<br>Boca Raton, FL 33428 | Lillian N. Franklin<br>740 E. Avery Street<br>San Bernardino, CA 92404 | Thomas N. Jacobson, Esq.<br>1650 Iowa Ave., Ste. 190<br>Riverside, CA 92507 |
| Christine Coffman<br>11331 Sundance Ln.<br>Boca Raton, FL 33428 | LNR (Loan Servicer)<br>Attn: Jorge Rodriguez<br>1601 Washington Ave 7th Flr.<br>Miami, FL 33139 | Thomas Phillips<br>1582 Huckleberry Ln.<br>San Luis Obispo, CA 93401 |
| C-III Asset Management LLC Attn: Kathy Patterson<br>5221 N. O'Connor Blvd. Ste. 600<br>Irving, TX 75039 | Locke & Lord<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Timothy C. Weed<br>133 E. Palm Ln.<br>Redlands, CA 92373 |
| Cinque Family Trust<br>36261 Chaparral Ct.<br>Yucaipa, CA 92399 | Louis G. Fournier III The Sutton Companies<br>525 Plum St., Ste. 100<br>Syracuse, NY 13204 | United States Treasury<br>290 N D Street<br>San Bernardino, CA 92401-9964 |
| Clem M. MCColloch Trust<br>5520 Apple Orchard Ln.<br>Riverside, CA 92506 | Louise Coffman<br>Po Box 2835<br>Jupiter, FL 33468 | Vellore G. Muraligopal Muraligopal Living Trust<br>C/O Alfonso L. Poire GAW Van Male<br>PO Box 8188<br>Redlands, CA 92375 |
| CLMG Corp<br>PO Box 55278<br>Boston, MA 02205-5278 | Luckey Charitable Trust<br>8531 Glendale Rd.<br>Hesperia, CA 92345 | Vellore G. Muraligopal<br>PO Box 8188<br>Redlands, CA 92375 |
| Club Resource Group<br>25520 Schulte Ct.<br>Tracy, CA 95377 | Lynch Bypass Trust Lynch Lifetime Trust<br>C/O David R. Moore Moore & Skiljan<br>7700 El Camino Real, Ste. 207<br>Carlsbad, CA 92009 | W.W. Eure Jr. MD, Inc.<br>Donald Mason Registered Agent<br>8275 Deadwood Ct.<br>Redlands, CA 92373 |
| Columbia Gas of Kentucky<br>PO Box 742523<br>Cincinnati, OH 45274-2823 | Manley J. Luckey<br>8531 Glendale Rd.<br>Hesperia, CA 92345 | Waterstone Asset Management<br>3826 S. New Hope Rd Suite 4<br>Gastonia, , NC 28056-4401 |
| Commonwealth of Kentucky<br>Office of Housing Building & Const. 101<br>Sea Hero Rd., Ste. 200<br>Frankfort, KY 40601-5405 | Margaita Estrada CIO Liz Chacon<br>13219 Pipeline Ave.<br>Chino, CA 91710 | Watertight Plumbing, Inc.<br>16462 Gothard St., Ste. 202<br>Huntington Beach, CA 92647 |
| Cornerstone Lane Surveying Company<br>958 Temescal Circle<br>Corona, CA 92879 | C & R Asphalt<br>PO Box 8201<br>Lexington, KY 40533-8201 | Wayland W. Eure Jr. MD<br>FBO W.W. Eure Jr. MD, Inc. IRA<br>8275 Deadwood Ct.<br>Redland, CA 92373 |
| Cynthia Gillian<br>39292 Oak Glen Rd.<br>Yucaipa, CA 92399 | Marjorie Hatfield Living Trust (Peggy Neumann)<br>36535 South Rincon Rd.<br>Wickenberg, AZ 85390 | Weed Family Living Trust<br>C/O Cathy or Stephen Weed<br>62 Rue Jean Baptiste Pigalle<br>Paris, FC 75010 |
| Mound Investments Attn: Rhonda Welday<br>34124 Freedom Rd.<br>Farmington, MI 48335 | Mark & Barbara Carpenter<br>35571 Sleepy Hollow Rd.<br>Yucaipa, CA 92399 | Wells Fargo Commercial Mortgage Servicing<br>1901 Harrison St., 7th FL<br>Oakland, CA 94612 |
| Dan Baker<br>C/O Jonathan L. Geballe, Esq.<br>11 Broadway, Ste. 615<br>New York, NY 10004 | Mark Edwards<br>PO Box 9058<br>Redlands, CA 92346 | Wells Fargo Commercial Mortgage<br>Attn: Ken Murray<br>1901 Harrison St., 7th Flr<br>Oakland, CA 94612 |

| | | |
|---|---|---|
| Dana Leigh Ozols, Esq.<br>Attys to Financial Services Industry<br>2955 Main Street 2nd Floor<br>Irvine, CA 92619 | Mark J. Furuya, Esq.<br>333 South Grand Ave, Ste. 1700<br>Los Angeles, CA 90071 | Wesseling & Brackermann<br>6439 28th Ave.<br>Hudsonville, MI 49426 |
| David Baldridge<br>1717 Chaparrall #2<br>Redlands, CA 92373 | Mary Margaret Hasy Revocable Trust<br>6609 Summer Trail Pie<br>Highland, CA 92346 | The Mattacola Law Firm<br>217 N. Washington Street<br>PO Box 725<br>Rome, NY 13442-0725 |
| David Conston<br>417 Chino Canyon<br>Palm Springs, CA 92262 | Melvyn & Ruth Ross<br>5401 Lido Sands Dr.<br>Newport Beach, CA 92663 | William & Marion Conley<br>376 Franklin Ave<br>Redlands, CA 92373 |
| David Holden<br>555 W. Redlands Blvd.<br>Redlands, CA 92373 | Michael S. Leib<br>Maddin Hauser Wartell Roth & Hellen<br>28400 Northwestern Highway<br>Southfield, MI 48034-8004 | Willaim R. & Janice L. Steele<br>26858 Calle Real<br>Capistrano Beach, CA 9264 |
| David Rapp, President<br>Desert Commercial Property Management<br>PO Box 2367<br>Rancho Mirage, CA 92270 | Michael T. O'Callaghan Esq.<br>80 S Lake Ave., Ste. 860<br>Pasadena, CA 91101-5913 | Wright Family Living Trust<br>111 Sierra Vista Dr.<br>Redlands, C A92373 |
| David Zilch Trust<br>941 Kensington Dr.<br>Redlands, CA 92374 | Michigan Department of Treasury<br>PO Box 30113<br>Lansing, MI 48909 | Zillch Bypass Trust<br>667 Gull Dr.<br>Bodega Bay, CA 94923 |
| Davis H. Elliot Construction Co, Inc.<br>PO Box 37251<br>Baltimore, MD 21297-3251 | Michigan Dept. Of Treasury<br>PO Box 30774<br>Lansing, MI 48909-8274 | Ziprick & Cramer<br>FBO Janet Ihde<br>707 Brookside Ave<br>Redlands, CA 92373-5101 |
| Neal and Ruth Bricker Family Trust<br>343 Pioneer Drive Unit #405 E<br>Glendale, CA 91203 | Midland Loan Services PNC Bank LockBox<br>Lockbox Number 771223<br>1223 Solutions Center<br>Chicago, IL 60677-1002 | Earl R. Schamehom Jr.<br>1721 Valley Falls Ave<br>Redlands, CA 92374 |
| Diana M. Weed<br>9003 New Delhi Place Unit #6<br>Dulles, VA 20189 | Mirage Developers, Inc.<br>121 S. Palm Canyon Dr. #208<br>Palm Springs, CA 92262 | Mount Investment Limited Partnership<br>C/O Heritier Nance & Smothers,<br>P.C. 2150 Butterfield, Ste. 250<br>Troy, MI 48084 |
| Division of Revenue<br>Lexington - Fayette Urban Cnty Govt.<br>Po Box 14058<br>Lexington, KY 40512 | Eddie & Jamie Dotan<br>78608 Rainswept Way<br>Palm Desert, CA 92211 | Frank Qunlin<br>895 Dove Street 5th FL<br>Newport Beach, CA 92660 |
| Don Kent<br>Riverside County Treasurer<br>PO Box 12010<br>Riverside, CA 92502-2210 | Muraligopal Living Trust<br>PO Box 8188<br>Redlands, CA 92375 | Neonatology Medical Group, Inc.<br>Retirement Plan<br>731 Buckingham Dr.<br>Redlands, CA 92374 |
| Donna Wooley<br>12721 Columbia Ave.<br>Yucaipa, CA 92399 | Elrod Fence Company<br>6459 Mission Blvd.<br>Riverside, CA 92509 | Fatco Nat'lCommercial Service<br>Attn: AIR Dept.<br>5 First American Way<br>Santa Ana, CA 92707 |
| Dorothy Zillch<br>667 Gull Dr.<br>Bodega Bay, CA 94923 | Norman & Lois Smith<br>36135 Golden Gate Dr.<br>Yucaipa, CA 92399 | |
| Charles Schwab<br>FBO Donald I. Peterson IRA Rollover 1<br>1075 Benton St., Apt. 224<br>Loma Linda, CA 92354<br>UNDELIVERABLE | The Peterson Revocable Living Trust<br>11075 Benton Street, Apt. 224<br>Loma Linda, CA 92354<br>UNDELIVERABLE | Harold Raune<br>Richard D. McCune Jr. McCune Wright, LLP<br>2068 Orange Tree Ln, Ste. 216<br>Redlands CA 92374<br>UNDELIVERABLE |
| Rick Higdon<br>29107 Guava Ln.<br>Big Pine Key, FL 33043<br>UNDELIVERABLE | Cynthia Healy<br>2560 Gorden Rd. Ste. 201-A<br>Monterey, CA 93924<br>UNDELIVERABLE | Aetrna Building Maintenance<br>PO Box 636290<br>Cincinnati, OH 45263-6290<br>UNDELIVERABLE |
| William & Dolores McDonald<br>C/O Law Office of Debra B. Gervais<br>302 W S Ave<br>Redlands, CA 92373<br>UNDELIVERABLE | Elizabeth Branson<br>PO Box 911<br>Loma Linda, CA 92354<br>UNDELIVERABLE | Ron Mitchell<br>12033 Fourth Street<br>Yucaipa, CA 92399<br>UNDELIVERABLE |
| Higdon Revocable Trust<br>29107 Guava Ln.<br>Big Pine Key, FL. 33043<br>UNDELIVERABLE | Debra Gervais<br>Law Office of Debra B. Gervais<br>302 West South Ave.<br>Redland, CA 92373<br>UNDELIVERABLE | REP - Real Estate Partners<br>2569 McCabe Way 2"d Floor<br>Irvine, CA 92614<br>UNDELIVERABLE |
| Charles Schwab<br>FBO Richard Paul Blandford Roth IRA<br>7838 Valmont St<br>Highland, CA 92346<br>UNDELIVERABLE | AJ Horne Electric Company<br>1200 S. Broadway, Ste.105<br>Lexington, KY 40504<br>UNDELIVERABLE | |