STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES P. COPELAND, COPELAND WEALTH MANAGEMENT, A FINANCIAL ADVISORY CORPORATION, AND COPELAND WEALTH MANAGEMENT, A REAL ESTATE CORPORATION,<br><br>Defendants. | CASE NO. 11-cv-08607-R-DTB<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR ORDER: (1) APPROVING THE LIQUIDATING TRUSTEE'S FINAL REPORT AND ACCOUNTING; (2) AUTHORIZING DESTRUCTION OF DOCUMENTS; (3) AUTHORIZING PAYMENT OF FINAL FEES AND HOLDBACK AMOUNTS; AND (4) DISCHARGING AND RELEASING LIQUIDATING TRUSTEE** |

1
2
3
4
5
6
7
8
9
10

The Court, having considered the Motion of Richard M Kipperman ("Liquidating Trustee"), the court-appointed Liquidating Trustee for Copeland Wealth Management, a Financial Advisory Corporation, Copeland Wealth Management, a Real Estate Corporation, and their subsidiaries and affiliates, for an Order: (1) Approving the Liquidating Trustee's Final Report and Accounting; (2) Authorizing Destruction of Documents and Termination of Trust; (3) Authorizing Payment of Final Fees and Holdback Amounts; and (4) Discharging and Releasing Liquidating Trustee, and all papers in support of the Motion, and good cause appearing therefor, hereby orders as follows:

11  1.   The Motion is hereby granted;

12  2.   The Court finds that the Liquidating Trustee duly and fully
13 complied with his duties and obligations as Liquidating Trustee;

14  3.   The Court finds that no claims exist against the Liquidating
15 Trustee, whether know or unknown;

16  4.   The Court hereby approves the Liquidating Trustee's Final
17 Report and Accounting;

18  5.   The Court authorize the Liquidating Trustee to destroy the
19 files, records, and documents in his possession relating to the Trust
20 and/or remaining Receivership Entities after sixty (60) days of entry of
21 this Order;

22  6.   The Court hereby approves payment of all of Liquidating
23 Trustee's Counsel's fees and costs approved and paid on an interim
24 basis;

25  7.   The Court hereby authorizes payment of final fees, including
26 any Holdback Amounts, to the Liquidating Trustee and his Counsel in the
27 amounts set forth in the Orders Approving the Final Fee Applications;

28  8.   Upon entry of this Order, the Liquidating Trust is terminated

the Liquidating Trustee and his counsel are hereby discharged and released from all duties relating to the Trust and shall have no further liabilities or responsibilities herein; and

9. Should the Liquidating Trustee, his agents, professionals, counsel or employees be called as a witness in any future proceeding, or be required to respond to a document subpoena in connection with the Liquidating Trustee's services in this matter, the requesting party shall pay the Liquidating Trustee's or other subpoenaed person's then current billing rate for their time, and the requesting party shall reimburse all fees and expenses of the Liquidating Trustee or other subpoenaed person in connection with such discovery response obligations;

10. Any unpaid accounts, accounts payable, payroll, or taxes of any kind or nature of: Charles P. Copeland; Copeland Wealth Management, a Financial Advisory Corporation; and, Copeland Wealth Management, a Real Estate Corporation are not the personal responsibility, nor liability of the Liquidating Trustee;

11. Upon completion of the "Final Closing Tasks" as defined in section IV of the Memorandum of Points and Authorities filed in support of the Motion, the Liquidating Trustee is discharged and released from all duties relating to the Liquidating Trust and shall have no further liabilities or responsibilities as Liquidating Trustee herein;

12. The Court shall reserve jurisdiction over claims, if any, made against the Liquidating Trustee in connection with Trust herein or in connection with the services rendered by the Liquidating Trustee herein.

**IT IS SO ORDERED.**

**Dated: July 5, 2018.**

_____
**The Honorable Manuel L. Real**
**Judge, United States District Court**